928

No. 872. NAVAJO TRIBE ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Norman M. Littell, Frederick Bernays Wiener* and *Charles J. Alexander* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Herman M. Levy* for the National Labor Relations Board; *J. Albert Woll, Theodore J. St. Antoine, Gerard F. Treanor* and *Joseph M. Stone* for International Hod Carriers', Building and Common Laborers' Union of America, AFL–CIO, et al.; and *David E. Feller* and *Emil Narick* for United Steelworkers of America, respondents.

No. 888. EX PARTE PIERCE ET AL. Supreme Court of Texas. Certiorari denied. *L. N. D. Wells, Jr.* and *Benjamin C. Sigal* for petitioners. *Jack W. Flock* for General Electric Co., respondent.

No. 896. MORENO *v.* NEW YORK CENTRAL RAILROAD Co. Supreme Court of Ohio. Certiorari denied. *Arthur Krause* for petitioner. *John F. Dolan* for respondent.

No. 873. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. *v.* CALABRITTO. C. A. 2d Cir. Certiorari denied. *Robert M. Peet* for petitioner. *William Paul Allen* for respondent.

No. 880. MCMANUS *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *James F. McManus* pro se. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Joseph B. Goldman* and *O. D. Ozment* for the Civil Aeronautics Board, respondent.